21-cv-1848

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 7 2021

TONY R. MOORE, CLERK
BY: _____
        DEPUTY

ZACHARY LAVON OREE
REG. NO. 23446-171
FCI OAKDALE I
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
OAKDALE, LA  71463

June ___, 2021

Mr. Tony R. Moore
Clerk of Court
U. S. District Court
Western District of Louisiana
Alexandria Division
515 Murray Street, Suite 105
Alexandria, LA 71301

RE:   *Oree v. Myers, Warden, FCI Oakdale I*
      Civil No. ___:21-cv-_____
      Crim No. 3:11-cr-02275-JFA-1

Dear Mr. Moore:

Enclosed please find and accept for filing Petitioner's Application for Writ of Habeas Corpus under 28 U.S.C. § 2241 and a Memorandum of Law in Support thereof. Please submit this document to the Court. The five dollar ($5.00) filing fee will be forthcoming as soon as the § 2241 Petition is docketed by the Court.

Thank you for your assistance in this matter.

Sincerely,

ZACHARY LAVON OREE
Appearing *Pro Se*

*Encl. as noted*